# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN ACOSTA LOPEZ,
Petitioner,
vs.
CITY OF LAS VEGAS DETENTION
CENTER,
Respondent.

No. 79623

FILED

OCT 11 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS

This is an original pro se postconviction petition for a writ of habeas corpus in which petitioner appears to complain that his trial counsel was ineffective, particularly with regard to petitioner's request to withdraw his guilty plea and proceed to trial.

A challenge to a judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance. *See* NRS 34.724; NRS 34.738; NRAP 22. Therefore, without deciding the merits of the claims raised herein, we determine that our intervention is not warranted, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004)

SUPREME COURT
OF
NEVADA

(O) 1947A

19-42245

("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc:    Juan Acosta Lopez
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk